UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION
CIVIL ACTION NO. 5:11-CV-152-BO

BROADCAST MUSIC, INC., et al. )
)
          Plaintiffs, )
) **ORDER AND JUDGMENT**
v. )
)
CAMERON HOSPITALITY, INC. )
d/b/a FOSTERS, et al. )
)
)
          Defendants. )

THIS MATTER came to be heard and was heard by the undersigned upon Plaintiffs Motion for Default Judgment against Defendants Cameron Hospitality, Inc. d/b/a Fosters and John Weskett Powers, individually. Having reviewed Plaintiffs' motion and supporting memorandum, and pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED AND ADJUDGED THAT:

    (a)    Plaintiffs' Motion for Default Judgment against Defendants Cameron Hospitality, Inc. d/b/a Fosters and John Weskett Powers, individually, is granted, this Court finding that Defendants knowingly and intentionally and willfully infringed upon the copyrights of four (4) musical compositions owned and/or licensed by Plaintiffs.

    (b)    Plaintiffs shall recover from Defendants Cameron Hospitality, Inc. d/b/a Fosters and John Weskett Powers, individually, jointly and severally, statutory damages in the amount of $7,612.50 for each of the four (4) musical compositions, for a total of $30,450.00, pursuant to 17 U.S.C. Section 504(c)(1).

15502695_2.DOC

(c) Plaintiffs shall recover from Defendants Cameron Hospitality, Inc. d/b/a Fosters and John Weskett Powers, individually, jointly and severally, full costs in this action, including reasonable attorney's fees, in the amount of $10,742.25 pursuant to 17 U.S.C. Section 505.

(d) Plaintiffs shall recover from Defendants Cameron Hospitality, Inc. d/b/a Fosters and John Weskett Powers, individually, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

(e) Defendants Cameron Hospitality, Inc. d/b/a Fosters and John Weskett Powers, individually, and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

(f) This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

IT IS SO ORDERED.

Date: 8-5-11

_____
For the Court

15502695_2.DOC